UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN ALAN SHARKANY,<br>　　　　Plaintiff, | :<br>: |
| v. | :　　CASE NO. 3:16-cv-1601 (VAB) |
| THOMAS WARD McKINLAY, et al.,<br>　　　　Defendants. | :<br>:<br>: |

ORDER OF DISMISSAL

On September 22, 2016, the Court issued a Notice of Insufficiency informing Glen Alan Sharkany ("Plaintiff") that his pending Motion for Leave to Proceed *in Forma Pauperis* was deficient in that he failed to submit a copy of his trust account statement. Mr. Sharkany was notified that failure to correct these deficiencies by October 20, 2016, would result in his case being dismissed by the Court. To date, Mr. Sharkany has not submitted the required document, nor has he sought an extension of time within which to do so.

On October 11, 2016, other mail sent to Mr. Sharkany at the address on record was returned with a notation that he was not at that address. Mr. Sharkany is required by Local Court Rules to keep the Court informed of an address at which he may be served with process. D. Conn. L. Civ. R. 83.1(c)2.

This matter is hereby **DISMISSED** without prejudice. The Clerk is directed to close this case. Mr. Sharkany may move to reopen the case, provided he can demonstrate good cause for failing to comply with the court's order and local court rules. A copy of his inmate trust account statement must accompany any motion to reopen.

**SO ORDERED** at Bridgeport, Connecticut, this 19th day of July 2017.

                                       /s/ Victor A. Bolden
                                       Victor A. Bolden
                                       United States District Judge